# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 3, 2026

Lyle W. Cayce
Clerk

No. 26-10134
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

NOAH ADAM ENGLAND,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CR-9-1

Before WILLETT, DUNCAN, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:[*]

Noah Adam England appeals from the judgment of the district court revoking his term of supervised release and imposing 11 months of imprisonment and an additional term of supervised release. For the first time on appeal, he argues that 18 U.S.C. § 3583(g) is unconstitutional in light of *United States v. Haymond*, 588 U.S. 634 (2019). He correctly concedes that his position is foreclosed. *See United States v. Garner*, 969 F.3d 550, 551-53

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 26-10134

(5th Cir. 2020). Summary affirmance is therefore proper. *See Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969).

Accordingly, the Government's motion for summary affirmance is GRANTED, its alternative motion for an extension of time to file a brief is DENIED, and the district court's judgment is AFFIRMED.